# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

April 30, 2021

*Via ECF*
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Elizabeth Flint v. Rockaway KB Company LLC*; Docket No. 20-cv-02096 (LDH)(VMS)

Dear Judge Scanlon:

  We represent the plaintiff in the above-referenced matter.  On behalf of the parties, we write to inform the Court that the parties have reached an agreement to settle this action.

  Accordingly, the parties respectfully request that the Court issue a 30-day Order of dismissal with leave to restore the action after such 30-day period in the unlikely event that the settlement is not consummated.

  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/
Robert G. Hanski, Esq.