UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ELIZABETH FLINT

                        Plaintiff,

             v.

ROCKAWAY KB COMPANY LLC

                        Defendants.
-----------------------------------------------------------------x

Docket No. 1:20-cv-02096 (LDH) (VMS)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, and that no party is an infant or incompetent, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in this action are hereby dismissed with prejudice and without costs, fees or expenses.

Dated: August 3, 2021
       New York, New York

| **PARKER HANSKI LLC** | **SEYFARTH SHAW LLP** |
|---|---|
| By: */s/ Robert G. Hanski* | By: */s/ Kathryn C. Palamountain* |
| Robert G. Hanski, Esq. | Kathryn C. Palamountain, Esq. |
| Attorneys for Plaintiff | Attorneys for defendant |
| 40 Worth Street, 10th Floor | 700 Milam Street, Suite 1400 |
| New York, New York 10013 | Houston, Texas 77002-2812 |
| Tel: (212) 248-7400 | Tel: (713) 225-2300 |
| Fax: (212) 248-5600 | Fax: (713) 225-2340 |
| rgh@parkerhanski.com | cpalamountain@seyfarth.com |